**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:
**CADIS ELIAS FORNARIS**                      **PROCEEDINGS UNDER CHAPTER 13**
**MAYLIN TORRES VALENTE**                 **CASE NO.: 19-26155-BKC-LMI**

_____DEBTOR(S)_____/

**MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND**
**AUTHORIZE DISBURSEMENT TO TRUSTEE**

COMES NOW, the Debtors, Cadis Elias Fornaris, Jr and Maylin Torres Valiente, by and through the undersigned counsel and file this Motion to Approve Personal Injury Settlement and Authorize Disbursement to Trustee, and as grounds thereof state as follows:

1. On December 2, 2019, Debtors filed for Chapter 13 bankruptcy relief.

2. Debtors Bankruptcy Case was confirmed on February 14, 2020.

3. At the time of filing debtors had a pending lawsuit.

4. Debtors personal injury attorney has issued a settlement in the amount of $10,000.00 to which Debtors are entitled to $3,907.94. The proceeds from said settlement in which debtors are entitled to, are to be disbursed to the Trustee Nancy K. Neidich.

5. The Debtors personal injury attorney is requiring a court order granting distribution to trustee of said funds.

WHEREFORE, the Debtors, Cadis Elias Fornaris, Jr and Maylin Torres Valiente, respectfully request that this Court grants this Motion to Approve Personal Injury Settlement and Authorize Disbursement Trustee and for any such other and further relief as this Court may deem just and equitable under the circumstances.

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By: ____/s/ (FILED ECF)_____
Patrick L. Cordero, Esq., FBN 801992