CLOSING STATEMENT - MAYLIN TORRES VALIENTE

Valiente, Maylin Torres & Fornaris, Jr., Cadis Elias v. Urbina, Francisco

File No. 41985

| | |
|---|---:|
| TOTAL RECOVERY | $10,000.00 |
| LESS: TOTAL ATTORNEYS' FEES | ($3,333.33) |
| (33 1/3 % pursuant to Fee Agreement) | |
| SUBTOTAL | $6,666.67 |
| LESS: TOTAL COSTS INCURRED (as of 5/6/2020) | ($8.73) |

Description of Costs:

| | |
|---|---:|
| Copies | $0.56 |
| Postage | $7.65 |
| Crash Report | $0.52 |
| Total: | $8.73 |

| | |
|---|---:|
| SUBTOTAL | $6,657.94 |
| LESS: TOTAL AUTHORIZED DISBURSEMENTS FOR OUTSTANDING LIENS, MEDICAL BILLS, AND OTHER BILLS | ($2,750.00) |

| | |
|---|---:|
| COR Injury Centers of Miami | $2,000.00 |
| COR Interventional Medicine -Pain Management | $400.00 |
| Doral Medical Imaging | $200.00 |
| COR Interventional Medicine-EMC | $150.00 |
| Total Medical bills and liens: | $2,750.00 |

**BALANCE OF RECOVERY TO CLIENT** ............................................................. **$3,907.94**

ACKNOWLEDGED AND APPROVED: _MT_ (client initials)

(SPACE INTENTIONALLY LEFT BLANK)

I, MAYLIN TORRES VALIENTE, DO HEREBY ACKNOWLEDGE THAT I HAVE READ, UNDERSTAND, AND APPROVE OF THE ABOVE-STATED CLOSING STATEMENT AND APPROVE AND AUTHORIZE THE DISBURSEMENT OF FUNDS AS SET FORTH ABOVE. I FURTHER ACKNOWLEDGE THAT I AM COMPLETELY SATISFIED WITH THE MANNER IN WHICH MY ATTORNEYS, PACIN LEVINE, P.A., HAVE HANDLED MY CASE AND I FURTHER ACKNOWLEDGE THAT THEY HAVE FULFILLED ALL OBLIGATIONS UNDER THE TERMS OF OUR RETAINER AGREEMENT.

I FURTHER AGREE THAT IN THE EVENT THERE ARE ANY FUTURE BILLS OUTSTANDING AND NOT ACCOUNTED FOR IN THE CLOSING STATEMENT, I WILL ASSUME THE RESPONSIBILITY FOR SUCH BILLS. IN THE EVENT I AM HELD LIABLE FOR ANY BILLS WHICH REMAIN OUTSTANDING I WILL HOLD HARMLESS PACIN LEVINE, P.A. IT IS FURTHER AGREED THAT I WILL ASSUME THE RESPONSIBILITY FOR ANY OUTSTANDING BILLS FROM HEALTH CARE PROVIDERS WHICH MAY STILL BE OUTSTANDING AND NOT ACCOUNTED FOR IN THE CLOSING STATEMENT, INCLUDING BUT NOT LIMITED TO DOCTOR BILLS, HOSPITAL LIENS, ETC.

_____        5/27/2020
Maylin Torres Valiente                                     Date

Marc Pacin
_____
Attorney Name

_____        5/28/2020
Attorney Signature                                            Date

CEP/ao
Pre-Litigation