

**ORDERED in the Southern District of Florida on December 7, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:**
**Cadis Elias Fornaris, Jr.**            **PROCEEDINGS UNDER CHAPTER 13**
**Maylin Torres Valiente**               **CASE NO.: 19-26155-LMI**

      **Debtor.**      /

### ORDER GRANTING MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND AUTHORIZE DISBURSEMENT TO TRUSTEE [DE#38]

THIS CAUSE came on to be heard on December 1, 2020 at 9:00 a.m. upon the Debtors' Motion to Approve Personal Injury Settlement and Authorize Disbursement to Trustee [DE #38] and based upon the record, it is

**ORDERED** as follows:

1. The Motion is **GRANTED.**

2. The amount of $3,907.94 shall be disbursed to the Trustee Nancy K. Neidich.

(###)

Submitted By:

**Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtors
7333 Coral Way
Miami, FL 33155
Tel: (305) 445-4855
/s/ (FILED CM/ECF)
Patrick L. Cordero, Esq.
FL Bar No. 801992

Attorney, Patrick L. Cordero, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.